IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2021 JUN 21 A 11: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DONNIE E. GRAHAM, JR.
Full name and prison number of plaintiff(s)

v.

MR. MICHAEL GLENN, CO

Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:21-cv-425-WHA-CSC
(To be supplied by Clerk of U.S. District Court)

* DEFENDANTS SUED IN THEIR INDIVIDUAL CAPACITY

* DEFENDANTS ACTED UNDER COLOR OF STATE LAW AT TIME OF INCIDENT

* DEFENDANT ~~ALTED~~ SUED IN HIS INDIVIDUAL CAPACITY

* PLT. REQUESTS TRIAL BY JURY

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( ✓ )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( ✓ )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) N/A

Defendant(s) N/A

2. Court (if federal court, name the district; if state court, name the county)

N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT VENTRESS CORR. FAC.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED VENTRESS CORR. FAC.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | MR. MICHAEL GLENN, CO | VENTRESS CORR. FAC. 379 Highway 239 N. CLAYTON, AL. 36016 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED DECEMBER 13th, 2020

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 8th AMENDMENT FAILURE to PROTECT

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

(1) ON 12-13-2020 IN D-DORM ON 4 SIDE AT VENTRESS CORRECTIONAL FACILITY AT APPROX 7:45 PM CO McGLENN WALKED INTO THE DORM BY HIMSELF TO BEGIN SHOWERING SEGREGATION PRISONERS.

GROUND TWO: CONTINUED > SEPERATE PAGES

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

CONTINUED - PAGE 3

2). DEF. GLENN ON D- 4SIDE CELL 6 HANDCUFFED KEIDRICK MCKINSTRY B/307648 IN THE FRONT, OPENED THE CELL DOOR. AS CO GLENN TURNED TO SHUT THE SEG DOOR, INMATE MCKINSTRY WALKED OFF LEAVING CO GLENN AT 6 CELL DOOR.

3). INMATE MCKINSTRY CREPT UP ON DONNIE GRAHAM & STABBED GRAHAM IN THE SHOULDER, IN FRONT OF NUMEROUS PRISONERS.

4). INMATE MCKINSTRY HID A HOMEMADE KNIFE UNDER HIS TOWEL / CLOTHES TO DO THIS VISCIOUS ACT.

5). CO GLENN RUSHED TO THE SHOWER/ BATHROOM AREA AND RETRIEVED SAID KNIFE FROM MCKINSTRY'S POSSESSION

6). PLT. GRAHAM WAS TAKEN TO H.C.U. FOR TREATMENT.

7). DEFENDANT CO GLENN VIOLATED A.R. 433 V- 4- (A) (B). AND V- A- 11-, & 434 J (4)(A)

8). DEFENDANT CO GLENN WAS NOT SUPPOSE TO TAKE NO PRISONER OUT OF A SEGREGATION CELL:

A). BY HIMSELF W/O A 2ND OFFICER PRESENT

B). WITHOUT SEARCHING SAID PRISONER

c). WITHOUT SECURING SAID PRISONER HANDCUFFED BEHIND HIS BACK

D).

9). CO GLENN'S NEGLIGENT ACTION CAUSED PLT. DONNIE GRAHAM TO BE HARMED.

10). CO GLENN'S NEGLIGENT ACTIONS CAUSED PLT. DONNIE GRAHAM TO BE PHYSICALLY INJURED / HARMED.

11). CO GLEN KNEW THAT HIS ACTIONS

12). CO GLEN VIOLATED THE 8TH AMENDMENT WHEN CO GLEN ACTED WITH DELIBERATE INDIFFERENCE, WHEN CO GLEN KNEW THAT (A) INMATE MCKINSTRY WAS A THREAT AND COULD HARM SOMEONE (B). INMATE MCKINSTRY COULD WALK AWAY FROM HIM B/C CO GLENN COULD NOT WATCH MCKINSTRY ALL THE TIME.

13). CO GLEN FAILED TO USE REASONABLE CARE. CO GLEN AS A REASONABLE PRUDENT PERSON HAD / HAS A DUTY TO KEEP PLT. GRAHAM SAFE & PROTECT PLT. GRAHAM FROM AN UNREASONABLE RISK AT THE HANDS OF A SEGREGATION PRISONER MCKISTRY

14). CO GLENN COULD HAVE REASONABLY PREVENTED PLT. GRAHAM FROM BEING ASSAULTED BY INMATE MCKINSTRY HAD CO GLENN

A). handcuffed Inmate McKinstry behind his back

B). CALLED for A 2nd officer being PRESENT when Taking A SEGREGATION PRISONER OUT OF A SEGREGATION cell.

C). SEARCHED INMATE McKINSTRY IMMEDIATLY UPON McKinstry EXITING his SEGREGATION cell.

15). ALDOC DOES NOT HAVE A GRIEVANCE PROCEDURE SET IN PLACE EXCEPT for MEDICAL ISSUES

16). CO GLENN KNEW OR Should HAVE Known THAT HIS ACTIONS IN LETTING A SEGREGATION PRISONER OUT OF A SEGREGATION cell WAS IN VIOLATION OF THE RULES & REGULATIONS OF ALDOC. & VENTRESS CORR. FAC:

A). WITH only 1 CO PRESENT:

B). By NOT SEARCH Said SEGREGATION PRISONER:

C). by not handcuffing Said McKinstry behind his back.

17). DEFENDANT GLEN WAS PERSONALLY RESPONSIBLE.

18). THE RIGHT THAT WAS VIOLATED WAS ClEARLY VIOLATED

19). PLT'S RIGHT WAS ClEARLY VIOLATED.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

PLT. SEEKS $ 30,000.00 IN COMPENSATORY DAMAGES & PLT. SEEKS $ 40,000.00 IN PUNITIVE DAMAGES

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 06-11-2021
(Date)

Signature of plaintiff(s)

DONNIE E. GRAHAM, JR.
PLAINTIFF
AIS # 207827 D4-171
VENTRESS CORR. FAC.
379 HIGHWAY 239. N.
CLAYTON, AL. 36016